UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
SAMUEL WILKINS, :
:
Plaintiff, :
:  24-CV-519 (VSB)
-against- :
:  **ORDER**
:
CITY OF STAMFORD, ET AL., :
:
Defendants. :
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

I am in receipt of Plaintiff's letter notifying me that he has re-filed this case in the United States District Court for the District of Connecticut and does not oppose dismissal of this action. (Doc. 21.)  Plaintiff has attempted to dismiss this action voluntarily, though his filings were deficient.  (Docs. 16, 17.)  No defendant in this action has filed a counterclaim.  Accordingly, it is hereby:

ORDERED that this action is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(2).

The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: August 14, 2024
       New York, New York

_____
Vernon S. Broderick
United States District Judge